IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
MAY 23 2022
JEFFREY P. COLWELL
CLERK

Civil Action No. ______________________
(To be supplied by the court)

Anderson Jose coutinho-silva, Plaintiff

v.

united states of america,

______________________,

______________________,

______________________, Defendant(s).

*(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)*

## PRISONER COMPLAINT

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

**A. PLAINTIFF INFORMATION**

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.* Anderson Jose Coutinho-Silva #64654-066. Florence. CO Florence. ADX USP. P.O. Box 8500

(Name, prisoner identification number, and complete mailing address)

(Other names by which you have been known)

*Indicate whether you are a prisoner or other confined person as follows: (check one)*

___ Pretrial detainee
___ Civilly committed detainee
___ Immigration detainee
___ Convicted and sentenced state prisoner
✓ Convicted and sentenced federal prisoner
___ Other: (*Please explain*) ______

**B. DEFENDANT(S) INFORMATION**

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1: united STATES Government
(Name, job title, and complete mailing address)

5880 STATE Highway 67. South florence.co 81226

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ✓ Yes ___ No (*check one*). Briefly explain:

Defendant 1 is being sued in his/her ___ individual and/or ___ official capacity.

Defendant 2: ______________________________________________
(Name, job title, and complete mailing address)

______________________________________________

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ___ Yes ___ No (*check one*). Briefly explain:

______________________________________________

______________________________________________

Defendant 2 is being sued in his/her ___ individual and/or ___ official capacity.

Defendant 3: ______________________________________________
(Name, job title, and complete mailing address)

______________________________________________

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ___ Yes ___ No (*check one*). Briefly explain:

______________________________________________

______________________________________________

Defendant 3 is being sued in his/her ___ individual and/or ___ official capacity.

**C. JURISDICTION**

*Indicate the federal legal basis for your claim(s): (check all that apply)*

___ 42 U.S.C. § 1983 (state, county, and municipal defendants)

___ *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) (federal defendants)

___ Other: (*please identify*) 28-USCS-1346

**D. STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: This claim is against the C.O ESPINOZA

Supporting facts: on december 20, 2020. AT APPROXIMATELY 10:50 during The lunch Time feeding, officer James Lee And officer Kris Hurst. said I ASSAULTED Them WITH An unknown Liquid SUBSTANCE. AT APPROXIMATELY 11:00 AM When I WAS PLACED in RESTRAINTS I WAS SEXUALLY ASSAULTED BY officer ESPINOZA he WAS PRESSING MY head hard AGAINST The WALL STOP me from BREATHING And he WAS holding my hands Behind my BACK WITH his middle finger BETWEEN my BUTT Cheeck. Then I CALL for The lieutenant And he Remove his middle finger off my BUTT cheeck.
AT APPROXIMATELY 11:30 AM officer JAMES Lee WAS WALKING PASSED observation cell C-Unit Where I WAS In hard Ambulator RESTRAINTS When he mad The STATEMENT he Promised To KILL me. my STATEMENTS is Recoder on CAMERA. I SPOKE WITH S.I.S lieutenant. SIA M. CALDWELL. PSHYCOLOGY DR Snyder. Family CRISIS Services. About The LAWLESSNESS of These Guys. And This FACILITY is not holding Anyone RESPONSIBLE for Their CRIMINAL BehAVIOR And ACTIVITI-es I have All DOCUMENT. DATES And events.
CLAIM ONE: 8TH Amendment VIOLATION CREW And unusual Punishment. And DILIBERANT Indifference TO my SERIOUS emotiotinally surrounding my PREA experience for during These DIFFICULT TIMES.
SUPPORTING GROUNDS: AS A INMATE IN The custody of The UNITED STATES ATTORNEY General And The federal Bureau of PRISON. WAS ASSIGNED AS my CUSTODIAN. I have A CONSTITUTIONAL Right To Be Safe. And PROTRACT BY The STAFF.
I declare under 28 U.S.C. § 1746 Penalty of Perjury The foregone is True And CORRECT.

**E. PREVIOUS LAWSUITS**

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? _√_ Yes ___ No (*check one*).

*If your answer is "Yes," complete this section of the form. If you have filed more than one previous lawsuit, use additional paper to provide the requested information for each previous lawsuit. Please indicate that additional paper is attached and label the additional pages regarding previous lawsuits as "E. PREVIOUS LAWSUITS."*

Name(s) of defendant(s): united STATES of America

Docket number and court: NO. 1:19-CV-00783-JPW-SES

Claims raised: ______

Disposition: (is the case still pending? NO has it been dismissed?; was relief granted?) NO

Reasons for dismissal, if dismissed: NO medical Recol

Result on appeal, if appealed: NO APPeAl

**F. ADMINISTRATIVE REMEDIES**

*WARNING: Prisoners must exhaust administrative remedies before filing an action in federal court regarding prison conditions. See 42 U.S.C. § 1997e(a). Your case may be dismissed or judgment entered against you if you have not exhausted administrative remedies.*

Is there a formal grievance procedure at the institution in which you are confined?

___ Yes ___ No (*check one*)

Did you exhaust administrative remedies? NO 1065069-A1 SensITIVe BP-10 AND BP-11

_√_ Yes ___ No (*check one*)

**G. REQUEST FOR RELIEF**

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "G. REQUEST FOR RELIEF."* I would LIKE To Be AWARded $10.000.000.00 :: Ten MILLION US Dollars. And C.O officer EsPinozA To Be disaPlined.

**H. PLAINTIFF'S SIGNATURE**

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

Anderson
(Plaintiff's signature)

MAY/12/2022
(Date)

(Form Revised December 2017)